UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
         v.                         :     7: 25 CR 133 (PMH)
                                    :
BRIAN K. MURRAY,                    :     **ORDER**
                                    :
              Defendant.            :
-----------------------------------------------------------x

At the sentencing hearing on October 2, 2025, and for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, Defendant is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: White Plains, New York
       October 2, 2025

                                          SO ORDERED:

                                          _____
                                          Philip M. Halpern
                                          United States District Judge