UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

v.

BRIAN K. MURRAY

**Consent**
**Order of Restitution**

25 Cr. 133 (PMH)

_____

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Jeffrey C. Coffman, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Brian K. Murray, the defendant, shall pay restitution in the total amount of $1,166,649, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the Internal Revenue Service, the victim of the offense charged in Count One. Restitution is not joint and several with other defendants or with others not named herein.

Restitution shall be deemed satisfied in full by cashier's check No. 6050402008, dated May 20, 2025, in the amount of $1,166,659, made payable to "U.S. Treasury," which the Internal Revenue Service received from the defendant prior to sentencing.

2025.02.20

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jeffrey C. Coffman*_____          _5/11/2026____
Jeffrey C. Coffman                                   DATE
50 Main Street, Suite 1100
White Plains, NY 10606
Tel.: (914) 993-1940

BRIAN K. MURRAY

By: *Brian Murray*_____                   May 13, 2026
BRIAN K. MURRAY                                      DATE


By: _____                                  May 13, 2026
Jason M. Swergold, Esq.
Counsel for the defendant


SO ORDERED:
_____                    _5/15/2026_
HONORABLE PHILIP M. HALPERN                           DATE
UNITED STATES DISTRICT JUDGE

2025.02.20                          2